Maciej Zinko, appellee, v. Northwestern Trust & Savings Bank, appellant. Gen. No. 30,114.

Action for breach of agreement for delivery of foreign exchange. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed December 23, 1925.

I. H. Himes, Benjamin S. Mesirow and Edelson, Tannenbaum & Polikoff, for appellant. John A. Blake, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Susan Stewart, appellee, v. City of Chicago, appellant. Gen. No. 30,123.

Action for injury in fall on defective sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. William V. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925.

Francis X. Busch, Corporation Counsel, and John J. Kelly, for appellant; Earl B. Dickerson and Gilbert W. Morgan, Assistant Corporation Counsel, of counsel. John A. Bloomingston, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Mathias Igler, appellee, v. William E. Dever, mayor, et al., appellants. Gen. No. 30,132.

Petition for mandamus to compel issuance of municipal license. Writ granted. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed. Opinion filed December 23, 1925.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder and Bernard A. Conlon, Assistant Corporation Counsel, of counsel. Campbell & Jacobson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Alonzo D. Erfurth, appellee, v. Susan K. Erfurth, appellant. Gen. No. 30,145.

Bill for divorce. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925. Rehearing denied January 4, 1926. Certiorari denied by Supreme Court (making opinion final).

J. J. Viterna and G. A. Mason, for appellant; D. S. Wentworth, H. E. Mason and H. B. Mason, of counsel. William A. Adams, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Benjamin Harris, appellee, v. Ike Mlawsky, appellant. Gen. No. 30,120.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed December 23, 1925.

Frank & Rosenfeld, for appellant. Aaron Soble, for appellee.

Mr. Justice Taylor delivered the opinion of the court.